United States District Court
Southern District of Texas
**ENTERED**
September 13, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DIMITRIC ANNETTE KNIGHT, SPN #02952158, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-2096 |
| ANGELA ROCHON LeBLANC and BOBBY ANTOINE, | § § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED WITH PREJUDICE**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 13th day of September 2022.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE